IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

| | |
|---|---|
| Criminal Case No.:  12-cr-00221-JLK | Deputy: P. Howell |
| Date:   October 22, 2012 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| MICHAEL PATRICK CORRIGAN, | Marna Lake |
| Defendant. | |

## AMENDED MODIFY CONDITIONS OF RELEASE

Court in Session:   10:04 a.m.

Court calls case and appearances of counsel.  Marna Lake with the Defendant who is present and in custody.

Sherry Blake, Probation Officer, is present.

Ms. Lake requests a continuance due to being recently appointed.

Government has no objection.

**ORDERED:**   Hearing on Conditions of Release continued to October 30, 2012 at 1:30 p.m. before U.S. Magistrate Judge Gordon P. Gallagher.

**ORDERED:**   Defendant is ordered **REMANDED** to the custody of the U.S. Marshal.

Hearing Concluded
Court in Recess:   10:09 a.m.

Hearing duration:   5 minutes