IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cr-00221-SJJ

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL PATRICK CORRIGAN,

    Defendant.

## TRANSFER ORDER

THIS MATTER comes before the court *sua sponte*. In order to ensure the just, speedy, and inexpensive determination of this criminal action, this matter should be reassigned pursuant to D.C.COLO.LCrR 50.1.A. With the approval of the chief judge,

**IT IS THEREFORE ORDERED** that this case is transferred to the Honorable Sterling Johnson Jr., Senior United States District Judge for the Eastern District of New York. The clerk shall effect such transfer.

Dated June 24, 2013, at Denver, Colorado.

                                              **BY THE COURT:**

                                            s/John L. Kane
                                            John L. Kane
                                            Senior United States District Judge